# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALASKA GROWTH CAPITAL BIDCO, INC., an Alaska corporation,

Plaintiff,

v.

AKUTAN, Official Number 288598, its engines, tackle, rigging, equipment, and other appurtenances, etc., *In Rem*;

and

KLAWOCK OCEANSIDE, INCORPORATED, a Washington Corporation, LAURENCE E. LANG, an individual, CARSON V. LANG, an individual, and MARY L. LANG, an individual, *In Personam*,

Defendants.

IN ADMIRALTY

Case No.: C17-0734 RSM

**ORDER GRANTING ISSUANCE OF ARREST WARRANT**

THIS MATTER comes before the Court on Plaintiff's Renewed Motion for Arrest of Vessel AKUTAN. Dkt. #9. On May 11, 2017, the Court denied Plaintiff's first Motion for Arrest of Vessel because no specific vessel location was provided. Dkt. #5 at 1. The Court also denied as moot Plaintiff's related Motion for Substitute Custodian. *Id.* at 2. The Court stated that "Nothing in this Order prevents Plaintiff from renewing its motions once additional evidence that the Vessel is within the Court's jurisdiction can be provided." *Id.* Plaintiff now files the instant "Renewed" Motion, which includes the location of the vessel in question: Jacobson Terminals, 5350 30th Avenue NW, Seattle, WA 98107. Dkt. #9 at 1; *see also* Dkt #10. This Motion is supported by a declaration of

ORDER GRANTING ISSUANCE OF ARREST WARRANT - 1

Buck Fowler, the person Plaintiff had previously requested serve as substitute custodian. Dkt. #10. The Court takes from this declaration Plaintiff's clear intent to renew its request that Mr. Fowler serve as substitute custodian.

The Court has reviewed the verified Complaint, along with the remainder of the record and hereby ORDERS:

(1) Plaintiff's Motion (Dkt. #9) is GRANTED.

(2) The clerk shall issue a warrant for the arrest of the defendant vessel AKUTAN, Official Number 288598, its engines, tackle, rigging, equipment and other appurtenances, etc.

(3) The Court will grant the relief requested in Plaintiff's previously denied Motion for Substitute Custodian (Dkt. #3) in a parallel Order.

DATED this 12th day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING ISSUANCE OF ARREST WARRANT - 2