THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA GROWTH CAPITAL BIDCO, INC., an Alaska corporation,<br><br>                 Plaintiff,<br>v.<br><br>AKUTAN, Official Number 288598, its engines, tackle, rigging, equipment, and other appurtenances, etc., *In Rem*;<br><br>and<br><br>KLAWOCK OCEANSIDE, INCORPORATED, a Washington Corporation, LAURENCE E. LANG, an individual, CARSON V. LANG, an individual, and MARY L. LANG, an individual, *In Personam*,<br><br>                 Defendants. | IN ADMIRALTY<br><br>Case No.: C17-734 RSM<br><br>ORDER APPOINTING SUBSTITUTE CUSTODIAN, AND FOR BOARDING AND INSPECTION |

Alaska Growth Capital BIDCO, Inc., by and through its attorney, Holmes Weddle, & Barcott, PC, having appeared, now makes the following recitals:

1. On May 10, 2017, a complaint herein was filed praying that the Defendant vessel AKUTAN, Official Number 288598, its engines, tackle, rigging, equipment, and other appurtenances, etc. ("Vessel"), be condemned and sold to pay Plaintiff's claims and for other property relief.

[PROPOSED] ORDER APPOINTING SUBSTITUE CUSTODIAN - 1
Case No.

HOLMES WEDDLE & BARCOTT, A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

2. In the immediate future, the Clerk of this Court is expected to issue a warrant for arrest of the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain the same in its custody until further order of this Court respecting same.

3. It is contemplated that the United States Marshal will seize the Vessel forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the substitute custodian alone, not including charges for moorage and the other services usually associated with safekeeping vessels similar to the defendant Vessel.

4. It is believed that the Vessel is currently located at Jacobsen's Marine in Seattle, WA. Plaintiff is agreeable to allow Marine Lender Services, LLC, through its Managing Member, Buck Fowler, to assume the responsibility of safekeeping the Vessel, and act as its custodian until further order of this Court.

5. Buck Fowler, Managing Member of Marine Lender Services, LLC, by declaration submitted herewith and made a part hereof, avers that he can arrange for supervision and proper safekeeping of the defendant Vessel as set forth in his declaration. Further, in said declaration, substitute custodian accepts, in accordance with the terms of this order, possession of the defendant Vessel, its engines, tackle, rigging, equipment, and other appurtenances, etc., which is the subject of the action herein.

6. In consideration of the United States Marshal's consent to the appointment of Marine Lender Services, LLC, through Buck Fowler, as substitute custodian, Plaintiff agrees to release the United States and the United State Marshal from any and all liability and responsibility arising out of care and custody of the Vessel, from the time the United State Marshal transfers possession of the Vessel over to said substitute custodian, and

[PROPOSED] ORDER APPOINTING SUBSTITUE CUSTODIAN - 2
Case No.

HOLMES WEDDLE & BARCOTT, A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Plaintiff further agrees to hold harmless and indemnify the United States and the United State Marshal from any and all claims whatsoever arising out of the substitute custodians' possession and safekeeping.

THEREFORE, IT IS ORDERED that the United States Marshal for the Western District of Washington is authorized, upon seizure of the Vessel, pursuant to Warrant for Arrest, to surrender the possession thereof to Mr. Fowler as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims whatsoever arising out of said custodial services.

IT IS FURTHER ORDERED that Marine Lender Services, LLC, through its Managing Member, Buck Fowler, is appointed custodian of the Vessel and shall retain the Vessel in its custody for possession and safekeeping until further order of the Court. All costs for such safekeeping shall be paid by Plaintiff, and may, upon further order of this Court, be deemed administrative costs herein.

IT IS FURTHER ORDERED that the substitute custodian may, upon notice to the Court, move the defendant vessel for security, cost, or other reasons such as the custodian may deem necessary.

IT IS FURTHER ORDERED that the substitute custodian may permit boarding and inspection of the Vessel by marine surveyors, Plaintiff, and prospective purchasers in order to protect and preserve the Vessel and to determine the Vessel's condition and value. All costs of such boardings and inspections shall be paid by Plaintiff and may, upon further order of this Court, be deemed administrative costs herein. All persons entering on board the Vessel shall execute a waiver and release in the form attached hereto.

[PROPOSED] ORDER APPOINTING SUBSTITUE CUSTODIAN - 3
Case No.

HOLMES WEDDLE & BARCOTT, A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

IT IS FURTHER ORDERED that Plaintiff's attorney serve a copy of this order on the owner of the Vessel.

It is further requested that the Clerk of this Court deliver three certified copies of this order to the Unites States Marshal forthwith.

DATED this 12th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

HOLMES WEDDLE & BARCOTT, P.C.

    *s/ John E. Casperson*
John E. Casperson, WSBA #14292
Heather C. Cook, WSBA #48487
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Email: hcook@hwb-law.com
Attorneys for Plaintiff

[PROPOSED] ORDER APPOINTING SUBSTITUE CUSTODIAN - 4
Case No.

HOLMES WEDDLE & BARCOTT, A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289