UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA GROWTH CAPITAL BIDCO, INC.,

                Plaintiff,

      v.

KLAWOCK OCEANSIDE, INC., *et al.*,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. C17-0734RSM

MINUTE ORDER STRIKING NOTICE OF WITHDRAWAL OF COUNSEL AND REINSTATING COUNSEL

      The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

      On May 22, 2017, attorney R. Isaak Hurst of International Maritime Group, PLLC, filed a Notice of Withdrawal of Counsel, purporting to terminate himself as counsel for Defendants in this action. Dkt. #14. This Notice of Withdrawal does not at all comport with the Court's Local Rules. As an initial matter, withdrawal of counsel may only be accomplished with leave of court (with the exception of a change of counsel within the same law firm). Local Civil Rule 83.2(b)(1). Further, business entities must be represented by counsel, and any counsel desiring to withdraw representation of a business entity must certify that it has advised the entity of that requirement. LCR 83.2(b)(3). Likewise, any attorney desiring to withdraw representation of individuals which will result in such parties proceeding *pro se* must certify that the individuals have been advised of the withdrawal. LCR 83.2(b)(1). Not only has Mr. Hurst failed to

MINUTE ORDER
PAGE - 1

properly request leave from the Court to withdraw, he has also failed to include any of the required certifications.

Accordingly, Mr. Hurst's Notice of Withdrawal of Counsel (Dkt. #14) is STRICKEN AS IMPROPER, and Mr. Hurst shall be REINSTATED as counsel for Defendants. LCR 83.2(b)(6). Unless or until Mr. Hurst files a proper request to withdraw as counsel, comporting with the Court's Local Civil Rule 83.2, his authority and duties as counsel of record shall continue in this matter.

The Clerk SHALL send a copy of this Order to all counsel of record, and to Mr. Hurst at the address provided on the Court's docket.

DATED this __23rd__ day of May, 2017.

WILLIAM McCOOL, Clerk

By:    /s/ Rhonda Stiles
       Deputy Clerk

MINUTE ORDER
PAGE - 2