HONORABLE RICARDO S. MARTINEZ

THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA GROWTH CAPITAL BIDCO, INC., an Alaska corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AKUTAN, Official Number 288598, its engines, tackle, rigging, equipment, and other appurtenances, etc., *In Rem*;<br><br>and<br><br>KLAWOCK OCEANSIDE, INCORPORATED, a Washington Corporation, LAURENCE E. LANG, an individual, CARSON V. LANG, an individual, and MARY L. LANG, an individual, *In Personam*,<br><br>　　　　　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No.: 2:17-CV-00734 RSM<br><br>ORDER STAYING PROCEEDINGS |

This matter comes before the Court on the parties' "Stipulation for Order Directing the Clerk of Court to Enter a Statistical Termination." Dkt. # 18. The motion is GRANTED and the above-captioned matter is hereby STAYED. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. As indicated in their stipulation, at such time as the parties deem this litigation appropriate for further

ORDER STAYING PROCEEDINGS - 1
Case No. 2:16-cv-00734 RSM

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

proceedings, they will jointly or independently file a motion to reopen the above-referenced cause.  All pending motions, deadlines and hearings are hereby stricken.

DATED this 25 day of July 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

John E. Casperson, WSBA #14292
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:(206) 292-8008
Facsimile:(206) 340-0289
Email:jcasperson@hwb-law.com
*Attorneys for Plaintiff*

R. Isaak Hurst, Esq. (WSBA Bar No. 43679)
INTERNATIONAL MARITIME GROUP | PLLC
601 Union Street; Suite 4200
Phone: (206) 992-0710
Fax: (206) 707-8338
Isaak.Hurst@InternationalMaritime.net
*Attorneys for Klawock Oceanside, Inc.*

ORDER STAYING PROCEEDINGS - 2
Case No. 2:16-cv-00734 RSM

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289